**Order entered January 11, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00003-CV

## IN THE BEST INTEREST AND PROTECTION OF E.P.

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MI-21-02917**

## ORDER

This accelerated appeal from an order for temporary mental health services was filed December 31, 2021. The clerk's and reporter's records have been filed. Accordingly, we **ORDER** appellant to file his brief no later than January 21, 2022 and appellee to file its brief within ten days of the filing of appellant's brief. Because of the nature of this appeal, we caution that extension requests will be disfavored.

We **DIRECT** the Clerk of the Court to send a copy of this order to the parties.

/s/     ERIN A. NOWELL
JUSTICE